# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

April 20, 2026

2025-2106 - PLR Worldwide Sales Ltd. v. Flip Phone Games, Inc.

## NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by PLR Worldwide Sales Ltd. is not in compliance with the rules of this court. Within five business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The contact information for **James M. Glass** and **Ron Hagiz** on the form does not match the information associated with the users' accounts. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the users' accounts, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

  *Clerk's note: The mailing addresses for James M. Glass and Ron Hagiz on the Entry of Appearance form do not match the mailing addresses associated with the users' accounts.*

- A document exceeding two pages in length must contain page numbers. Fed. Cir. R. 32(e).

  *Clerk's note: The first page of the brief does not contain any pagination.*

- The brief does not contain all required addendum material. Fed. Cir. R. 28(c)(1); Fed. Cir. R. 28.1(d).

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover, if applicable. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. Cir. R. 45(a).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: I. Hammer, Deputy Clerk